IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02138-RPM

ALI HOMAYOUNFAR,

      Plaintiff,

v.

THE VAIL CORPORATION,

      Defendant.
_____

ORDER ON RULE 56 MOTIONS (DOCS 17 AND 19)
_____

On March 23, 2015, Ali Homayounfar was injured when he slipped and fell on ice on a paved path on property owned by The Vail Corporation. He brought this civil action seeking damages under the Colorado Premises Liability Act, C.R.S. § 13-21-115. Both parties have filed motions for summary judgment as to liability. (Docs. 17 and 19). They have agreed on many facts and disagreed on some matters that are relevant to knowledge of the ice as a dangerous condition and failure to use reasonable care to prevent falls. Both of these issues will be determined by a jury.

The defendant has raised three defenses which can be determined on the record provided. The Colorado Ski Safety Act is not applicable because the plaintiff was a pedestrian; the fall was not within the inherent dangers and risks of skiing.

The easement agreement with the Town of Vail does not affect the duty of The Vail Corporation as a landowner.

The Release does not waive this claim as a matter of law. There are factual issues that would affect enforcement of this as an exculpatory agreement. That is a jury question as is assumption of the risk.

2

This case will be adjudicated by a jury trial.  With the exception of the rulings on defenses made herein, it is

ORDERED that the motions for summary judgment are denied.

DATED: December 6, 2016

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge