IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02138-RPM

ALI HOMAYOUNFAR,

    Plaintiff,

v.

THE VAIL CORPORATION,

    Defendant.

_____

**STIPULATION REGARDING DEFENDANT'S PROPOSED BILL OF COSTS**
_____

The Plaintiff, Ali Homayounfar ("Plaintiff"), and Defendant, The Vail Corporation ("Defendant" or "Vail"), by and through their undersigned attorneys and pursuant to D.C.COLO.LCivR 54.1, submit this stipulation regarding Defendant Vail's proposed Bill of Costs [Dkt. No. 57]. In support, the parties stipulate and agree as follows:

    1.    On July 12, 2017, Vail submitted its proposed Bill of Costs in this matter. In that Bill of Costs, Vail claimed costs of $3,493.25.

    2.    The costs set forth in Vail's proposed Bill of Costs has been resolved by the parties. The parties have agreed that Vail shall be allowed costs in the amount of $2,500.00.

    3.    The resolution of this issue makes it unnecessary for the clerk of the Court to conduct further proceedings or hearings regarding Vail's proposed Bill of Costs.

Accordingly, pursuant to D.C.COLO.LCivR 54.1, Plaintiff and Defendant stipulated to entry of costs in favor of Vail in the amount of $2,500.00.

    Dated: August 22, 2017.

                                                                     Respectfully Submitted:

For the Plaintiff:

By: *s/ Alan Feldman*
Alan Feldman, #31737
Feldman & Wertz, LLP
215 South Monarch Street, Suite 303
Aspen, CO 81611
Tel: (970)-925-1025
Fax: (970)-925-9398
E-Mail: alan@aspen-law.com

For the Defendant:

By: *s/ E. Timothy Walker*
E. Timothy Walker, No. 35120
Legal Department
Vail Resorts Management Company
390 Interlocken Crescent
Broomfield, CO 80021
Tel: 303.504.5891
Fax: 303.648.6569
E-Mail: etwalker@vailresorts.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, I served the foregoing with on counsel of record below, by electronic mail:

• Alan@Aspen-law.com

*s/ Nicole Muell*